IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

MOUSSA DIARRA,                              *

                        Plaintiff,          *

v.                                               Case No. 4:21-CV-112-CDL-MSH

                                            *

WEST CENTRAL GEORGIA REGIONAL
HOSPITAL, *et al.,*                         *

                        Defendants.         *

_____

## J U D G M E N T

Pursuant to this Court's Order dated September 22, 2021, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 22nd day of September, 2021.

David W. Bunt, Clerk


s/ Elizabeth S. Long, Deputy Clerk